IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA
    PLAINTIFF,

vs.                                         Cr. No. 2:08CR20010-001

SIMEON ROJAS,
    DEFENDANT.

ORDER FOR REMISSION OF SPECIAL ASSESSMENT AND FINE

Now on this 6th day of October, 2011, comes on to be considered the United States' Petition for Remission of Special Assessment and Fine. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

    1. On October 22, 2008, Defendant was sentenced to thirty-seven months incarceration, a $100.00 special assessment a $1,000.00 fine.

    2. The United States moves to remit Defendant's fine pursuant to 18 U.S.C. § 3573, which provides:

> Upon petition of the Government showing that reasonable efforts to collect a fine... are not likely to be effective, the court may, in the interest of justice - -
>
> 1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties. This statute shall apply to all fines and assessments, irrespective of the date of imposition."

    The United States states that the Defendant was deported on May 17, 2011, and that there is no reasonable likelihood that the special assessment and fine can be collected.

4.  Upon due consideration, the United States' Petition for Remission of Special Assessment and Fine is hereby granted and Defendant's special assessment and fine are remitted.

IT IS SO ORDERED.

/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
U. S.  DISTRICT JUDGE